UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Melissa Steward

                                       Plaintiff,

v.                                                        Case No.: 1:16−cv−08801
                                                              Honorable Rebecca R. Pallmeyer

United States of America (Veterans Affairs)

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 30, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Having reviewed the parties' briefs, the court is confident that this case need not remain pending in order to protect Plaintiff Steward's claim from dismissal on timeliness grounds. The motion to dismiss [4] is therefore granted, and this case is dismissed without prejudice to renewal following exhaustion of administrative remedies. Ruling date of 12/9 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.